344

Zelda B. Wolfe, Plaintiff-Appellee, *v.* Chicago Transit Authority, Defendant-Appellant.

(No. 54660; )

First District—June 14, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE LYONS.

George J. Schaller, O. R. Hamlink, Jerome F. Dixon, and Edmund J. Burke, all of Chicago, for appellant.

Barry Goodman, of Chicago, for appellee.